MAHONING COUNTY BAR ASSOCIATION *v.* DAVIS.

[Cite as *Mahoning Cty. Bar Assn. v. Davis* (1991), 62 Ohio St.3d 37.]

(No. 91-856—Submitted June 26, 1991—Decided October 9, 1991.)

*Richard B. Blair,* for relator.

*Mary Jane Stevens* and *John B. Juhasz,* for respondent.

*Per Curiam.* We adopt the findings and recommendations of the board. Respondent is hereby indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.